IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                                          CASE NO. 06-01560 ESL

RAMON  GUZMAN OLIVO                        Chapter 13

AITZA  RIVERA GONZALEZ


XXX-XX-4109

XXX-XX-0912

                                          FILED & ENTERED ON 11/08/2010

            Debtor(s)


## ORDER

     Upon debtor(s)' reply (see docket entry #104), the motion to dismiss filed by Trustee, docket entry #103 is hereby denied.

     IT IS SO ORDERED.

     San Juan, Puerto Rico, this 08 day of November, 2010.


                                 Enrique S. Lamoutte Inclan
                                   U.S. Bankruptcy Judge

CC: DEBTOR
    JAIME  RODRIGUEZ-PEREZ
    JOSE RAMON CARRION MORALES

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Nov 10, 2010.
db/jdb    +RAMON GUZMAN OLIVO,   AITZA RIVERA GONZALEZ,   ALTURAS DE RIO GRANDE,   CALLE 13 N 616,
           RIO GRANDE, PR 00745-3345

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**                    **Signature:**